UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 12-02897 DMG (AGRx)** | Date | June 5, 2012 |
|---|---|---|---|
| Title | *Rosa Sevilla Sandoval v. Deutsche Bank National Trust Company, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION**

On April 3, 2012, Plaintiff Rosa Sevilla Sandoval filed a complaint against Defendants Deutsche Bank National Trust Company, Regional Service Corporation, and Mortgage Electronic Registration Systems, Inc.  She asserts claims for cancellation of instrument, slander of title, declaratory relief, and intentional infliction of emotional distress.

Plaintiff asserts subject matter jurisdiction based on diversity of citizenship, 28 U.S.C. § 1332(a).  "Diversity jurisdiction requires complete diversity between the parties—each defendant must be a citizen of a different state from each plaintiff."  *Diaz v. Davis*, 549 F.3d 1223, 1234 (9th Cir. 2008) (citing *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267, 2 L.Ed. 435 (1806)).  As alleged, Plaintiff and Defendants Deutsche Bank National Trust Company and Regional Service Corporation are all California citizens.  (Compl. ¶¶ 2-4.)  Therefore, it appears that complete diversity does not exist between the parties.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of subject matter jurisdiction.  Plaintiff shall file her response by **June 19, 2012**.  The hearing on Defendants' motions to dismiss [Doc. ## 12, 15], currently set for June 8, 2012 at 9:30 a.m., is taken off calendar and shall be reset if necessary.

**IT IS SO ORDERED.**